IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GEOFFREY A. HUBER A/K/A GEOFF
HUBER AND DONNA F. HUBER A/K/A
DONNA HUBER,

      Appellants,

 v.

Case No. 5D21-836
LT Case No. 2017-CA-879

DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS TRUSTEE FOR RESIDENTIAL
ACCREDIT LOANS, INC., MORTGAGE ASSET-
BACKED PASS-THROUGH CERTIFICATES,
SERIES 2007-QS9, ET AL,

      Appellees.

_____/

Decision filed October 4, 2022

Appeal from the Circuit Court for
Hernando County,
Don Barbee, Jr., Judge.

Jeff Barnes, of W.J. Barnes, P.A., Boca Raton, for
Appellants.

Kimberly S. Mello and Arda Goker, of Greenberg
Traurig, P.A., Orlando, for Appellee Deutsche Bank
Trust Company Americas, as Trustee for Residential
Accredit Loan, Inc., Mortgage Asset-Backed Pass-
Through Certificates, Series 2007-Q29.

No Appearance for Remaining Appellee.

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.